**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

|  |  |  |
|---|---|---|
| DENISE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: |
| | ) | |
| TRANS UNION, LLC; EQUIFAX | ) | NOTICE OF REMOVAL |
| INFORMATION SERVICES, LLC; | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Defendant. | | |

NOW COMES Defendant Experian Information Solutions, Inc. (hereinafter "Experian") and files this Notice of Removal pursuant to 28 U.S.C. §1446, and in support thereof would respectfully show the Court as follows:

## A.  PROCEDURAL BACKGROUND

1. On or about February 10, 2026, Plaintiff Denise Johnson ("Plaintiff") filed a Complaint (the "Original Complaint" or "Compl.") in the General Court of Justice, Superior Court Division of Iredell County, North Carolina, Civile Action No. 26CV000851-480. (the "State Court Action"), alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681, *et seq.,* against Defendants.

2. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

3. Experian was served with Plaintiff's Complaint on February 17, 2026.  This Notice of Removal is being filed within 30-day time period required by 28 U.S.C. §1446(b).

## B.    GROUNDS FOR REMOVAL

4.      The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 as it is a civil action founded on a claim or right arising under the laws of the United States, and it may be removed to this Court by Experian pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question.  28 U.S.C. §§01331 and 1441(a).  In the Complaint, Plaintiff seeks damages for Defendants' alleged violations of the FCRA.

## C.    COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5.      Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within 30 days after Experian was first served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6.      Pursuant to 28 U.S.C. §1441(a), venue of the removal action is proper in the Western District of North Carolina because it is in the district and division embracing the place where the state court action is pending.

7.      Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as **Exhibit A**.

8.      Trial has not commenced in the General Court of Justice, Superior Court Division of Iredell County, North Carolina.

9.      All Defendants that have been served as of the date of filing of this Notice of Removal consent to the removal of this case.  The Consent to Removal by Equifax Information Services LLC and Trans Union, LLC are attached hereto as **Exhibit B.**

10.     Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff in the State Court Action, and shall file a copy of this Notice with the

2

clerk of the court in the State Court Action, as required by 28 U.S.C. § 1446(d). A true and accurate copy of this Notice is attached as **Exhibit C**.

WHEREFORE, Experian Information Solutions, Inc., respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated: March 19, 2026

*/s/ Kyle Driggers*
Kyle Driggers (N.C. Bar No. 62334)
TROUTMAN PEPPER LOCKE LLP
305 Church at North Hills Street
Raleigh, NC 27609
Telephone: 919.835.4145
Email: Kyle.Driggers@troutman.com

*Attorney for Experian Information Solutions, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 19th day of March 2025, a true and correct copy of the above and foregoing document has been forwarded to the following parties via First-Class United States Mail.

Denise Johnson, Pro Se
407 East Side Drive
Statesville, NC 28625

*/s/ Kyle Driggers*
Kyle Driggers (N.C. Bar No. 62334)
TROUTMAN PEPPER LOCKE LLP
305 Church at North Hills Street
Raleigh, NC 27609
Telephone: 919.835.4145
Email: Kyle.Driggers@troutman.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

4